WILLIAM C. HERRING, as Trustee, etc., Appellant, *v.* MARY C. BERRIAN et al., Respondents.

(Argued October 4, 1887; decided October 18, 1887.)

*S. R. Ten Eyck* for appellant.

*Ferdinand Kurzman* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.